Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

Civil Division

**FILED**
AUG 27 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Wayne Anthony Davis
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Daniel L Brudzinski   James F Melle
Nancy L Jenning   Raquelb Molina
Ronnie L Wingate  Brandon Pokersnik
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:24 CV 01421
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [x] Yes [ ] No

**JUDGE KNEPP**
**MAG JUDGE CLAY**

## Amended COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

      Name: Wayne Anthony Davis
      Address: 314 Morrison Street
      City: Fremont    State: Ohio    Zip Code: 43420
      County: Sandusky County
      Telephone Number: (419) 984-4767
      E-Mail Address: anthonydavis.ad47@gmail.com

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
      Name: Daniel L Brudzinski
      Job or Title (if known): Judge
      Address: 323 South Front Street
      City: Fremont    State: Ohio    Zip Code: 43420
      County: Sandusky County
      Telephone Number: (419) 332-1579
      E-Mail Address (if known):

[X] Individual capacity    [ ] Official capacity

Defendant No. 2
      Name: James F Melle
      Job or Title (if known): Prosecutor
      Address: 332 South Front Street
      City: Fremont    State: Ohio    Zip Code: 43420
      County: Sandusky County
      Telephone Number: (419) 332-1579
      E-Mail Address (if known):

[X] Individual capacity    [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Raquel Molina
Job or Title *(if known)*: Clerk of Court
Address: 323 South Front Street
Fremont, Ohio 43420
*City, State, Zip Code*
County: Sandusky County
Telephone Number: (419) 332-1579
E-Mail Address *(if known)*:

[X] Individual capacity  [ ] Official capacity

Defendant No. 4
Name: Ronnie L Wingate
Job or Title *(if known)*: Lawyer
Address: 1119 Adams Street #2
Toledo, Ohio 43604
*City, State, Zip Code*
County: Lucas County
Telephone Number:
E-Mail Address *(if known)*:

[X] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FIRST AMENDMENT.FOUTH AMENDMENT.FOURTEEN AMENDMENT.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**Defendant No. 5**
Name: Brandon Pokersnik
Job or Title (if known): Lawyer
Address: 1231 Superior Ave suite 200
City: Cleveland  State: Ohio  Zip Code: 44114
County: Cuyahoga County
Telephone Number: (216) 367-1352 (216) 870-4108
E-Mail Address (if known):

[x] Individual capacity [ ] Official capacity

**Defendant No. 6**
Name: Donte M Manns HANNS
Job or Title (if known): Patrol Office
Address: 7460 Erie Street
City: Sylvania  State: Ohio  Zip Code: 1138
County: (419) 491-1132 (937) 248-3476
Telephone Number: Lucas County
E-Mail Address (if known):

[x] Individual capacity [ ] Official capacity

**Defendant No. 7**
Name: Jason Kiddey
Job or Title (if known): Fremont police officer
Address: 108 Saint Thomas Drive
City: Fremont  State: Ohio  Zip Code: 43420
County: Sandusky County
Telephone Number: (419) 332-6464
E-Mail Address (if known):

[x] Individual capacity [ ] Official capacity

**Defendant No. 8**
Name: Jay Bowers
Job or Title (if known): Bailiff
Address: 323 S Front street
City: fremont  State: Ohio  Zip Code: 43420
County: Sandusky County
Telephone Number: (419) 332-1579
E-Mail Address (if known):

[x] Individual capacity [ ] Official capacity

Defendant No.: 9
Name: Markus Finley
Job or Title (if known): Probation Officer
Address: 323 S Front Street
Fremont, Ohio 43420
County: Sandusky County
Telephone Number: (419) 332-1579

[x] Individual capacity   [ ] Official capacity

Defendant No. 10
Name: Candice L Rodriguez
Job or Title (if known):
Address: 517 Tiffin Street
Fremont, Ohio 43420
County: Sandusky County
Telephone Number: (567) 201-7595

[x] Individual capacity   [ ] Official capacity

Defendant No.
Name: Raymond Alfred Runner
Job or Title (if known): 1018 River drive Maumee Ohio
Address: Prosecutor
520 Madison Ave Ste Toldo OH
County: Lucas County
Telephone Number: (514) 528-4310 (419) 334-5900

[x] Individual capacity   [ ] Official capacity

Defendant No
Name: Hassan Mohammed
Job or Title (if known): Bondsman
Address: 300 Garrison St #203
Fremont, Ohio 43420
County: Sandusky County
Telephone Number: (419) 575-2264

[x] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: THE CITY OF FREMONT ~~FREMONT POLICE DEPARTMENT~~
Job or Title (if known):
Shield Number:
Employer:
Address: 1141 W State Street
Fremont, Ohio 43420
City / State / Zip Code
[ ] Individual capacity  [X] Official capacity

Defendant No. 4
Name: Nancy L Jennings
Job or Title (if known): assistant prosecutor
Shield Number:
Employer:
Address: 323 South Front Street
FreMont, Ohio 43420
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. :
- Name: Motor vehicle Department
- Job or Title (if known):
- Address: 500 West State Street
  - City: Fremont
  - State: Ohio
  - Zip Code: 43420
- County: sandusky
- Telephone Number: (419) 332-9511  (419) 334-2012
- E-Mail Address (if known):

[ ] Individual capacity  [x] Official capacity

Defendant No. 2
- Name: Ohio State Patrol
- Job or Title (if known):
- Address: 2181 West State route 20
  - City: Fremont
  - State: Ohio
  - Zip Code: 43420
- County: Sandusky
- Telephone Number: (419) 332-8246
- E-Mail Address (if known):

[ ] Individual capacity  [x] Official capacity

Defendant No.
- Name: Sandusky County Jail
- Job or Title (if known): Christopher J Hilton Sheriff
- Address: 2323 Country Drive Fremont OH
  - City:
  - State:
  - Zip Code: 43420
- County: Sandusy
- Telephone Number: (419) 332-2613
- E-Mail Address (if known):

[ ] Individual capacity  [x] Official capacity

Defendant No
- Name:
- Job or Title (if known):
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

Defendant No. :
Name: Barbara Thacker Family First Bonding
Job or Title (if known):
Address: 300 Garrison St. #203
Fremont, Ohio 43420
City / State / Zip Code
County: Sandusky
Telephone Number: (419) 575-2264
E-Mail Address (if known):

[x] Individual capacity  [ ] Official capacity

Case No. 3: 24b CV 01421
Filed Aug 20, 2024
JUDE KNEPP
MAG JUDE CLAY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    Many defendants
    (see attachments filed under D)

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

    Fremont City Municipal Court    Sandusky County jail
    323 S Front Street              2323 Countryside Dr
    Fremont Ohio 43420              Fremont Ohio 4342o see attac

B. What date and approximate time did the events giving rise to your claim(s) occur?

    September 14, 2023 around or about 11:00 a.m. through
    about 3:00 p.m. at 314 Morrison Street Fremont Ohio 43420

    (see attachments)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

    It happen to me only.

    Lynn Adams
    1237 Silter Street
    Fremont Ohio 43420

    All my neighbors... Nearly the entire neighborhood.
    Officer John Doe who immediately declined when I asked did he want to get involved with kidnapping?

Every <u>official</u> that answered the 911 call.    (see attachments)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Anxiety, Lost of employment, physical illness, emotional distress financial hardship, defamation of character, metal distress Social media impersonation.

(see attachments)

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Reprimand and punish those that were involved.
$50,000 a day for each day I spent in the Sandusky xounty jail, including my time November 2019.
(see attachments)

UNITED STATES DISTRICT COURT for the Nortern District of Ohio Civil Division

### (A) EVENTS THAT GAVE RISE TO MY CLAIM

1. March 21, 2021 I was charged with suspended license Ohio State patrol Donte M Hanns was the charging officer.

2. I hire Ronnie Wingate... On APRIL 6, 2021 he Presented me with a-3day in jail offer, which I accepted on proof of claim and poof of loss.

3. After requesting for proof of jurisdiction and the judges oath of office. The state of Ohio then exceeded it's jufisdiction.

4. December 23 2021 visiting prosecuting attorney Raymond Runner gave detrimental testimony of me at a hearing

5. With no odjection to prosecuting Raymond Runner gave detrimental testimony as well. With claims of my ethnicity and my mental capacity because of my defense

6. May 4, 2023 I wasa arrested with claims of a warrant.

7. May 18, 2023 Judge Daniel L Brudzinski and Prosecutor James F Melle persistence in getting a conviction forced me into a hearing underb color of law.

8. June 13 2023 Attorny Brandon Pokersnik took my money for investigating purposes. July 6 2023 he made an unauthorizedv appearance in my case, making detrimenta claims at a hearing then abandoned me.

9. September 14 2023 FremontPolice officer Jason Kiddey assisted in an attack for my imprisnment .

10. September 22 2023 Daniel L Brudzinski judgment entry claim that there was no prejudice.

UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF OHIO   CIVIL DIVUSION

(D) Judge Daniel L Brudzinski' prosecutor James F Melle assistant prosecutor Nany Jennings , visiting prosecutor Alfred Runner ,clerk of Court Raquel Molina, attorney Raymond Wingate, attorney Brandon Pokersnik, bailiff Jay Bowers, Probation Markus Finley, sergeant Jason Kiddey, all here and after kidnappers, did used the public facilities Municipal Court building or their authority as if they had legal power.

STATEMENT OF CLAIM
(A)(1) Given Rise location was Fremont Municipal Court Room 2323 South Front Street Fremont Ohio 43420 at a hearing with the planning of a warrant on July 6 2023 approximately 4:24 p.m. People that were involved, bondsman Hassan Muhammed, made the arrest, Candice L Rodriguez look out and finger pointer sergeant Jason Kiddey Fremont Police Dept. gave the order that Wayne be placed at the Sandusky County Jail. A 911 call was made for kid:- nap. There were multiple Fremont detectives and Fremont police officers

(2) The arrest for imprionment. gave rise, location was 314 Morrison Street Fremont Ohio 43420. Arrest made on September 14, 2023 around or about 11:00 a.m. and12.30 p.m.

(3) The actual incarceration gave rise at 2323 Countrtside drive Sandusky County Jail. The people involved were bonsman Hassan Muhammed  The escorting police officer John Doe, around or about 2:30 or 3:00 .p.m.about 4or 5 deputy Sheriffs that were on duty at that time.

(4) Wayne Davis has been a target of the Fremont Police Department for many of years. Multiple fruitless charges, many unfound claimshas caused much pain, and suffering.

Dating back, years of records will show the hatred that the department has for . Many acquisitions from the depart abusing the system, even theconvictions are questionable.Many times I've been threatened forced to leave my country in fear of the polce officers. In fact, one incident Oct. 7 2020 approximately 02:37 a.m. offices Rosenberger, Hoiskey, Kingsborough, Kennedy surrounded my my home taunting me to come outside, using same practices of the ku klux Klan.

I was even tried in a rape case where a sheriff's deputy lied on the stand trying to get a conviction.

March 21,2021 patrolman Donte Hanns pulled me over. When I asked for A Superior Fremont appeared to assist. A judge refused blood test.yet3 year  a writ of habeas corpus to diss unlawful detention that judicated a challengeabie judgment. Allproves that Fremon system has and have total control.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO

RELIEF

WHEREFORE, Set fourth an investigation to investigate the defenda-nt Sandusky County Fremont Municipal Court and their state official employees to prevent this from happening to others. Hold the defendant Sandusky County and Fremont Municipal Court authori-ties, employees accountable, for abusing their power under color of law. Prevent defendant Sandusky County Fremont Municipal Court from falsifying information /documentation and illegally detained or carrying out long fruitless Court appearances, tocomplete thei-r action.

Plaintiff is seeking damages in the amount of $50,000 for each da-y sitting in jail the amount of $1,000, 500,000 for the violatio-n of his 1st amendment rights, 4th amendment rights, non reason-able search and seizures, 14th amendment rights, denial of equal protection of the laws . Fundamental rights, denying plaintiff within its jurisdiction the equal protection, as well asany other rights this honorable Court knows about that need be defined.

Punitive damages... This amount includes damages for tremendous emotional distress over a long period of time. This situation has inflicted a great deal of pain upon my entire family. This amount also inludes damages for these separation of my family, but if it weren't for the defndant my family will still be together and would have been able to work through any other issues. Embarrassment and defamation of character are also included and this amount for the falsification of court documentation as well as exaggerated information.

I declare under penalty of perjury that the going is true and correct

DATE

Signature _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/27/2024

Wayne A Davis
314 Morrison St.
Fremont Ohio 43420

Signature of Plaintiff _Wayne A Davis_
Printed Name of Plaintiff Wayne A Davis

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
         City          State     Zip Code
Telephone Number _____
E-mail Address _____